David W. Dooley
Kevin J. Fowler
DOOLEY ROBERTS & FOWLER LLP
865 South Marine Corps Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Tel: (671) 646-1222
Fax: (671) 646-1223

Attorneys for Defendants
David Myung, James Chong,
Chloe Property, Inc., Solid Property, Inc.,
MCC Capital, LLC, and MCC Guam, L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| DONG OK SHIN HAHN and JOON HEE HAHN<br><br>Plaintiffs,<br><br>v.<br><br>WOO JONG KIM, MCC CAPITAL, LLC, MCC GUAM, L.P., CHLOE PROPERTY, INC., SOLID PROPERTY, INC., NO SUK "DAVID" MYUNG, YOUNG HAE "JAMES" CHONG, AND CHRIS CHANG,<br><br>Defendants. | No.:<br><br>DECLARATIONS OF CHRIS CHANG IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO RULES 12(b)(1), (2), and (6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, BY DEFENDANTS DAVID MYUNG, JAMES CHONG, CHLOE PROPERTY, INC., SOLID PROPERTY, INC., MCC CAPITAL, LLC, AND MCC GUAM, L.P.<br><br>[Filed Concurrently With The Notices Of Motions And Motions To Dismiss Pursuant To FRCP 12(b)(1), (2), And (6), And Request For Judicial Notice And Declarations Of David Myung And James Chong In Support Thereof]<br><br>**Hon.**<br><br>**Date:**<br>**Time:**<br>**Courtroom:**<br><br>**Complaint Filed:**<br>**Trial Date: TBD** |

I, Chris Chang, declare as follows:

I am a named Defendant in the above-captioned action. I have personal knowledge of the matters set forth herein below. If called upon to testify, I could and would do so truthfully and competently thereto.

1. I am a citizen of the United States. I reside in Los Angeles, California. I have never lived or worked in Guam. Along with James Chong ("James") and David Myung, I am one of the founding members of MCC Capital, LLC ("MCC LLC"). I am also one of the managing members of MCC LLC.

2. MCC Guam, L.P. ("MCC LP") was a California limited partnership that was formed on April 19, 2005. I signed the Certificate of Limited Partnership with the State of California on April 19, 2005, a true and correct copy of which is attached hereto as Exhibit "A."

3. MCC LLC was the general partner of MCC LP. As managing members of MCC LLC, James and I recruited MCC LP's limited partners, who were Lee Investment & Realty, Inc., a corporation duly organized and existing under the laws of the State of California, having its principal place of business in the County of Los Angeles in California, Don Keun Yi, a citizen of the state of California, Bok Soo Yi, a citizen of the state of California, and Jason S. Kim, a citizen of the state of California.

4. In my capacity as a managing member of MCC LLC, which was the general partner of MCC LP, I filed the Certificate of Dissolution for MCC LP, a true and correct copy of which is attached hereto as Exhibit "B."

5. In or about early November 2008, James told me that Seung Hee Hahn had called him from Korea to say that a settlement agreement was executed in Korea and that it resolved all disputes between the family members, as well as with "MCC." I had no part in the creation, negotiation, or execution of the Korean agreement that Plaintiffs in this action now refer to as the "Guam Settlement

Agreement." I was not a signatory and did not initial any page of the so-called Guam Settlement Agreement.

6. I am the president of Solid Property, Inc. ("Solid"). Solid is a California corporation that was formed on October 24, 2006. Its principal place of business is in Los Angeles, California. Solid has no other employees other than myself. Solid has never conducted any business in Guam.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of August 2012, in Busan, South Korea.

Chris Chang

CHRIS CHANG

File # 200511200013

# State of California
## Secretary of State

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

APR 1 9 2005

## CERTIFICATE OF LIMITED PARTNERSHIP

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Partnership" or the abbreviation "L.P.")

1. NAME OF LIMITED PARTNERSHIP
MCC Guam, L.P.

**PRINCIPAL EXECUTIVE OFFICE ADDRESS** (Do not abbreviate the name of the city. Item 2 cannot be a P.O. Box.)

2. STREET ADDRESS: 3530 Wilshire Blvd., Ste. 880 — CITY AND STATE: Los Angeles, CA — ZIP CODE: 90010

**COUNTY INFORMATION** (Complete item 3 only if the limited partnership was formed in California prior to July 1, 1984 and has elected to be governed by the California Revised Limited Partnership Act.)

3. THE ORIGINAL LIMITED PARTNERSHIP CERTIFICATE WAS RECORDED ON ______ WITH THE RECORDER OF ______ COUNTY. FILE OR RECORDATION NUMBER ______

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 4 must be completed (leave item 5 blank).)

4. NAME OF AGENT FOR SERVICE OF PROCESS
James Chong

5. IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA: 3530 Wilshire Blvd., Ste. 880 — CITY: Los Angeles — STATE: CA — ZIP CODE: 90010

**GENERAL PARTNERS** (Enter the names and addresses of all of the general partners. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 6a. | MCC Capital, LLC | 3530 Wilshire Blvd., Ste. 880 | Los Angeles, CA | 90010 |
| 6b. | | | | |

**GENERAL PARTNER SIGNATORY REQUIREMENTS**

7. INDICATE THE NUMBER OF GENERAL PARTNERS' SIGNATURES REQUIRED FOR FILING CERTIFICATES OF AMENDMENT, RESTATEMENT, MERGER, DISSOLUTION, CONTINUATION, CANCELLATION AND CONVERSION OR DOCUMENTS CONTAINING A STATEMENT OF CONVERSION. 1

**ADDITIONAL INFORMATION**

8. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE PART OF THIS CERTIFICATE.

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

[signature] 04/18/05
SIGNATURE OF AUTHORIZED PERSON — DATE

SIGNATURE OF AUTHORIZED PERSON — DATE

Chris Chang, Manager of MCC Capital, LLC
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

10. NAME: Jason S. Kim
FIRM: JSK Law Group, APLC
ADDRESS: 700 S. Flower St., Ste. 1100
CITY/STATE/ZIP: Los Angeles, CA 90017

OFFICE OF THE SECRETARY OF STATE

LP-1 (REV 03/2005) — APPROVED BY SECRETARY OF STATE

[A]

# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of __1__ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

DEC 1 6 2009

DEBRA BOWEN
Secretary of State

*Sec/State Form CE-107 (REV 1/2007)* OSP 06 99734

[B]

LP-3

# State of California
## Secretary of State

## LIMITED PARTNERSHIP CERTIFICATE OF DISSOLUTION

**NOTE:** This certificate is required only if the domestic (California) limited partnership was formed prior to January 1, 2008 and has not elected to be governed by the Uniform Limited Partnership Act of 2008. To complete the cancellation process, the California limited partnership must also file a Certificate of Cancellation (Form LP-4/7).

**There is no fee for filing a Certificate of Dissolution.**

**IMPORTANT – Read instructions before completing this form.**

**ENDORSED - FILED**
In the office of the Secretary of State of the State of California

DEC 09 2009

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the California limited partnership.) |
|---|---|
| 1. SECRETARY OF STATE FILE NUMBER | 2. NAME OF LIMITED PARTNERSHIP |
| 200511200013 | MCC GUAM, LP |

**STATEMENT OF DISSOLUTION** (Check the appropriate box in Item 3 to indicate the event causing the dissolution of the limited partnership and enter the date of the dissolution in Item 4. Only one box may be selected.)

3. THE EVENT CAUSING THE DISSOLUTION OF THIS LIMITED PARTNERSHIP IS:

A. ☐ IT IS THE TIME SPECIFIED IN THE PARTNERSHIP AGREEMENT FOR DISSOLUTION.

B. ☑ THE EVENTS FOR DISSOLUTION THAT ARE SPECIFIED IN THE PARTNERSHIP AGREEMENT HAVE OCCURRED.

C. ☐ THE WRITTEN CONSENT OF ALL GENERAL PARTNERS AND A MAJORITY IN INTEREST OF THE LIMITED PARTNER(S) WAS OBTAINED.

D. ☐ THERE ARE NO GENERAL PARTNERS TO CONTINUE THE BUSINESS OF THE LIMITED PARTNERSHIP.

E. ☐ THE ENTRY OF A DECREE OF JUDICIAL DISSOLUTION UNDER CALIFORNIA CORPORATIONS CODE SECTION 15682 OCCURRED.

4. THE DATE OF THE DISSOLUTION, AS CAUSED BY THE EVENT IDENTIFIED IN ITEM 3, WAS 10 (Month) - 31 (Day) - 09 (Year)

**ADDITIONAL INFORMATION** (Enter any other information the partners filing the Certificate of Dissolution determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5.

**EXECUTION** (This certificate must be signed by all of the general partners unless otherwise provided by law. If additional signature space is necessary, the signatures may be made on an attachment to this certificate.)

6. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

11/30/09
DATE

Chris Chang
SIGNATURE OF GENERAL PARTNER

CHRIS CHANG (MEMBER OF MCC CAPITAL, LLC)
TYPE OR PRINT NAME OF GENERAL PARTNER

SIGNATURE OF GENERAL PARTNER

TYPE OR PRINT NAME OF GENERAL PARTNER

SIGNATURE OF GENERAL PARTNER

TYPE OR PRINT NAME OF GENERAL PARTNER

OFFICE OF THE SECRETARY OF STATE

LP-3 (REV 01/2008)

APPROVED BY SECRETARY OF STATE